**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| RANDOLPH WOLFSON,<br>*Plaintiff-Appellant*,<br><br>v.<br><br>COLLEEN CONCANNON, in her official capacity as member of the Arizona Commission on Judicial Conduct; LOUIS FRANK DOMINGUEZ, in his official capacity as member of the Arizona Commission on Judicial Conduct; PETER J. ECKERSTROM, in his official capacity as member of the Arizona Commission on Judicial Conduct; GEORGE H. FOSTER, in his official capacity as member of the Arizona Commission on Judicial Conduct; GUSTAVO ARAGON, JR., in his official capacity as member of the Arizona Commission on Judicial Conduct; ROGER BARTON, in his official capacity as member of the Arizona Commission on Judicial Conduct; ANNA MARY GLAAB, in her official capacity as secretary of the Arizona Commission on Judicial Conduct; S' LEE HINSHAW, in his official capacity as member of the Arizona Commission on Judicial | No. 11-17634<br><br>D.C. No.<br>3:08-cv-08064-FJM<br><br><br>ORDER |

Conduct; DAVID STEVENS, in his
official capacity as member of the
Arizona Commission on Judicial
Conduct; J. TYRELL TABER, in his
official capacity as member of the
Arizona Commission on Judicial
Conduct; LAWRENCE F. WINTHROP,
in his official capacity as member of
the Arizona Commission on Judicial
Conduct; MARET VESSELLA, Chief
Bar Counsel of the State Bar of
Arizona,

*Defendants-Appellees*.

Filed September 26, 2014

**ORDER**

THOMAS, Circuit Judge:

Upon the vote of a majority of nonrecused active judges,
it is ordered that this case be reheard en banc pursuant to
Federal Rule of Appellate Procedure 35(a) and Circuit Rule
35-3.

Judges McKeown and Murguia did not participate in the
deliberations or vote in this case.